**UNITED STATES DISTRICT COURT**

**DISTRICT NEVADA**

| | |
|---|---|
| H.T., a minor, by and through Parents and Legal Guardians and individuals, MICHAEL TORMA and GLORIA TORMA,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT,<br><br>Respondent. | CASE NO.: 3:24-cv-00114-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

    Plaintiff, H.T., a minor child, by and through his Parents and Legal Guardians, MICHAEL TORMA, and GLORIA TORMA, individually, by and through their counsel, Lyssa E. LeMay, Esq. of ADAMS ESQ, and Respondent, WASHOE COUNTY SCHOOL DISTRICT, by and through their counsel, Andrea L. Schulewitch, Esq., hereby stipulate and agree that the above-entitled action, and each and every claim for relief asserted therein, be dismissed with prejudice, with each party to bear his, her or its own costs, expenses and fees incurred in this litigation.

///
///
///
///
///

DATED: August 6, 2024

        ADAMS ESQ, a Professional Corporation

/s/ *Lyssa LeMay*
Lyssa E. LeMay, Esq.
for ADAMS ESQ, *Attorney for Plaintiffs*

DATED: August 6, 2024

        WASHOE COUNTY SCHOOL DISTRICT

/s/ Andrea L. Schulewitch
Andrea L. Schulewitch, Esq.
*Attorney for Respondent*

## **ORDER**

Based on the Parties' stipulation, IT IS SO ORDERED, the Clerk of the Court is directed to dismiss this matter with prejudice, with each of the Parties to bear their own costs and expenses incurred in this litigation. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

    Dated: August 8, 2024

_____
United States District Judge
Honorable Anne R. Traum